UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/20

----------------------------------- X
BLOOMFIELD INVESTMENT RESOURCES    :
CORP.,                             :
                                   :
                   Plaintiff,      :          17 Civ. 4181 (VM)
                                   :
     - against -                   :
                                   :
ELLIOT DANILOFF,                   :
                   Defendant.      :
-----------------------------------X

**VICTOR MARRERO, United States District Judge.**

In reviewing the Docket Sheet for this matter, the Court noted that there has been no recorded action or correspondence known to the Court regarding the status of the matter since October 3, 2019. At that time plaintiff reported that the parties had reached an agreement and the Court directed the parties to submit a status report by January 22, 2020.

Plaintiff is directed to inform the Court by February 28, 2020 of the status of the matter and indicate whether any cause remains for continuing to retain this action on the Court's active or suspense docket. In the event the Court receives no response to this Order by the date indicated the case shall be dismissed.

**SO ORDERED.**

Dated:     NEW YORK, NEW YORK
           18 January 2020

                              _____
                                   Victor Marrero
                                   U.S.D.J.