```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
BLOOMFIELD INVESTMENT RESOURCES CORP.  :
                                       :
                   Plaintiff,          :    17 Civ. 4181 (VM)
                                       :
     - against -                       :         ORDER
                                       :   REQUEST FOR STATUS UPDATE
ELLIOT DANILOFF,                       :
                                       :
                   Defendant.          :
---------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: November 12, 2020**

**VICTOR MARRERO, United States District Judge.**

On July 1, 2020, the Court issued an order directing the parties to file a status update in this matter by August 15, 2020. The public file contains no record of a status update, and no other communication with the Court has been received. Accordingly, it is hereby

**ORDERED** that the parties inform the Court within thirty (30) days of the date of this Order concerning the status of this litigation.

**SO ORDERED.**

Dated:    New York, New York
          12 November 2020

_Victor Marrero_
Victor Marrero
U.S.D.J.