UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOOMFIELD INVESTMENT RESOURCES CORP.,<br><br>    Plaintiff,<br>v.<br><br>ELLIOT DANILOFF,<br>    Defendant. | Case No. 17-cv-4181 (VM) (SLC) |

ORDER FOR WITHDRAWAL OF COUNSEL

  PLEASE TAKE NOTICE that, upon my annexed declaration, and subject to the approval of the Court, C. Neil Gray hereby withdraws as counsel for plaintiff Bloomfield Investment Resources Corp., ("Bloomfield") and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. I am a partner at Reed Smith, LLP and will continue to represent Bloomfield in this proceeding.

Dated: New York, New York
    May 11, 2021

                  REED SMITH LLP

                  /s/ Steven Cooper
                  Steven Cooper
                  599 Lexington Avenue
                  New York, NY 10022
                  Email: scooper@reedsmith.com

SO ORDERED 5/12/2021

SO ORDERED:

*Sarah L. Cave*
Sarah L. Cave
United States Magistrate Judge