UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLOOMFIELD INVESTMENT
RESOURCES CORP.,

            Plaintiff,

v.

ELLIOT DANILOFF,

            Defendant.

Case No. 17-cv-4181 (VM) (SLC)

## ORDER FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon my annexed declaration, and subject to the approval of the Court, Kristen Hindley hereby withdraws as counsel for plaintiff Bloomfield Investment Resources Corp., ("Bloomfield") and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. I am a partner at Reed Smith, LLP and will continue to represent Bloomfield in this proceeding.

Dated: New York, New York
       May 11, 2021

REED SMITH LLP

/s/ Steven Cooper
Steven Cooper
599 Lexington Avenue
New York, NY 10022
Email: scooper@reedsmith.com

SO ORDERED 5/12/2021

SO ORDERED:

*Sarah Cave*
Sarah L. Cave
United States Magistrate Judge