```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
BLOOMFIELD INVESTMENT RESOURCES    :
CORP.,                             :
                    Plaintiff,     :
                                   :
     - against -                   :
                                   :
ELLIOTT DANILOFF,                  :
                                   :
                    Defendant.     :
---------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: August 6, 2021

17 Civ. 4181 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The conference currently scheduled for August 27, 2021 is hereby adjourned to September 24, 2021 at 2:00 p.m.

**SO ORDERED.**

```
Dated:    New York, New York
          6 August 2021
```

_____
Victor Marrero
U.S.D.J.