**TARTER KRINSKY & DROGIN LLP**
Richard Lomuscio
Jonathan E. Temchin
1350 Broadway
New York, New York 10018
Tel.: (212) 216-8000
Facsimile: (212) 216-8001
Email: rlomuscio@tarterkrinsky.com
Email: jtemchin@tarterkrinsky.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOOMFIELD INVESTMENT RESOURCES CORP., | Case No. 1:17-CV-4181 (VM)(SC) |
| Plaintiff, | |
| -against- | **NOTICE OF APPEARANCE** |
| ELLIOT DANILOFF, | |
| Defendant. | |

      **PLEASE TAKE NOTICE**, that the undersigned appears as counsel for Defendant Elliot Daniloff in the above-referenced action and respectfully requests that copies of all future pleadings, filings, notices, correspondences, and other papers be served upon the undersigned at the address set forth below.

Date:  New York, New York
       August 16, 2021

                            **TARTER KRINSKY & DROGIN LLP**
                            *Attorneys for Defendant*

                            By:_____/s/ *Jonathan Temchin*_____
                                 Jonathan E. Temchin
                            1350 Broadway, 11th Floor
                            New York, New York 10018
                            Tel.: (212) 216-8000
                            Facsimile: (212) 216-8001
                            Email: jtemchin@tarterkrinsky.com