USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/2/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
BLOOMFIELD INVESTMENT RESOURCES       :
CORP.,                                :
                     Plaintiff,       :        17 Civ. 4181 (VM)
                                      :
         - against -                  :        **ORDER**
                                      :
ELLIOT DANILOFF,                      :
                                      :
                     Defendant.       :
-------------------------------------X

**VICTOR MARRERO, United States District Judge.**

On October 18, 2021, Defendant's informed Defendant and the Court of their intention to move for summary judgment. On October 25, 2021, Defendant responded with a letter in opposition. On November 1, Plaintiff filed a reply letter. On March 1, 2022, the parties wrote to update the Court about their availability for a conference or trial.

At this time, the Court concludes that no further briefing will be accepted for the anticipated motion for summary judgment. The Court will resolve Defendant's motion for summary judgment on the basis of the parties' premotion letters. See Kapitalforeningen Lægernes Invest. v. United Techs. Corp., 779 F. App'x 69, 70 (2d Cir. 2019) (affirming the district court's ruling deeming an exchange of letters as a motion). Upon resolution of the motion, the Court will discuss a trial schedule with the parties, if necessary.

**SO ORDERED.**

Dated:    New York, New York
          2 March 2022

                                    _____
                                         Victor Marrero
                                            U.S.D.J.