USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2022

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
BLOOMFIELD INVESTMENT RESOURCES         :
CORP.,                                  :
                    Plaintiff,          :     17 Civ. 4181 (VM)
                                        :
    - against -                         :     ORDER
                                        :
ELLIOT DANILOFF,                        :
                                        :
                    Defendant.          :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

All parties are advised that a final pretrial conference before Judge Marrero has been scheduled for October 21, 2022 at 3:30 p.m. in Courtroom 15B at the United States Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

Dated:    New York, New York
          3 October 2022

_____
Victor Marrero
U.S.D.J.