```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLOOMFIELD INVESTMENT RESOURCES CORP.,

                Plaintiff,

-against-

ELLIOT DANILOFF,

                Defendant.

Case No. 17-cv-4181 (VM)

[~~PROPOSED~~] ORDER AUTHORIZING PERSONAL ELECTRONIC DEVICES AND GENERAL PURPOSE COMPUTING DEVICES INTO THE COURTHOUSE OF THE SOUTHERN DISTRICT OF NEW YORK FOR USE AT TRIAL

     The following Order is subject to the definitions, obligations, and restrictions imposed pursuant to Standing Order M10-468, as Revised.  Upon submission of written application of this Court, it is hereby:

     ORDERED that the following attorneys and trial support personnel are authorized to bring the Personal Electronic Devices and General Purpose Computing Devices (collectively, "Devices") listed below into the Courthouse for use at trial of the above-captioned matter.

     ORDERED that for the devices checked below, SDNY Courtroom Wi-Fi access shall be provided.

     The dates for which such authorization is provided are October 20, 2022, through October 31, 2022.

| Attorney/Trial Support Personnel | E-Mail | Device | Courtroom | Wi-Fi Granted |
|---|---|---|---|---|
| Richard Lomuscio | rlomuscio@tarterkrinsky.com | Laptop, monitor, cell phone, HDMI cables & power cables | 15B | Yes |

| Attorney/Trial Support Personnel | E-Mail | Device | Courtroom | Wi-Fi Granted |
|---|---|---|---|---|
| Jonathan E. Temchin | jtemchin@tarterkrinsky.com | Laptop, monitor, cell phone, HDMI cables & power cables | 15B | Yes |
| Melissa DeCandia | mdecandia@tarerkrinsky.com | Laptop Laptop, monitor, cell phone, HDMI cables & power cables | 15B | Yes |
| Jennifer Doran | jdoran@tarterkrinsky.com | Laptop, monitor, cell phone, HDMI cables & power cables | 15B | Yes |
| Steven Cooper | scooper@reedsmith.com | Laptop, monitor, cell phone, HDMI cables & power cables | 15B | Yes |
| Zachary Kaye | zkaye@reedsmith.com | Laptop, monitor, cell phone, HDMI cables & power cables | 15B | Yes |

| Attorney/Trial Support Personnel | E-Mail | Device | Courtroom | Wi-Fi Granted |
|---|---|---|---|---|
| Casey Olbrantz | colbrantz@reedsmith.com | Laptop, monitor, cell phone, HDMI cables & power cables | 15B | Yes |
| John Worobij | JWorobij@gravitystack.com | 2 laptops, monitor, cell phone, HDMI Splitter, HDMI cables, power cables, Printer | 15B | Yes |
| Jose Castillo | Jcastillo@reedsmith.com | Cell phone, laptop, power cables, printer | 15B | Yes |

The attorneys and trial support personnel identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Devices into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

IT IS SO ORDERED.

Dated: <u>October 13, 2022</u>

Victor Marrero
U.S.D.J.

3