UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2023
```

BLOOMFIELD INVESTMENT
RESOURCES CORP.,

                Plaintiff,

-*against*-

ELLIOT DANILOFF,

                Defendant.

17-cv-4181 (VM) (SC)

**ORDER OF JUDGMENT**

Plaintiff Bloomfield Investment Resources Corporation ("Bloomfield") brought the instant action against defendant Elliot Daniloff ("Daniloff") for fraud, breach of contract, promissory estoppel, and unjust enrichment on June 7, 2017.

By a Decision and Order, dated May 23, 2023, the Court found that Bloomfield proved its fraud and breach of contract claims, and found that it is thus entitled to compensatory damages, punitive damages, prejudgment interest, and post-judgment interest. Accordingly, it is:

**ORDERED, ADJUDGED, AND DECREED** that:

**1.** Daniloff shall pay Bloomfield compensatory damages for Daniloff's fraud and breaches of contract in the amount of **$18,500,000**;

**2.** Daniloff shall pay Bloomfield punitive damages in the amount of **$1,000,000**;

**3.** Daniloff shall pay Bloomfield pre-judgment interest on all compensatory damages as calculated in the below table in the amount of **$14,909,179**;

| Time Period | Principal | Interest Accrued |
|---|---|---|
| 12/16/2014 – 5/15/2015 | $25,000,000 | $924,658 |
| 5/16/2015 – 12/2/2016 | $23,000,000 | $3,209,918 |
| 12/3/2016 – 5/23/2023 | $18,500,000 | $10,774,603 |

- 2 -

4.      Daniloff shall pay Bloomfield post-judgment interest on the full amounts of outstanding compensatory and punitive damages awarded at a rate of **4.91 percent**, compounded annually, running from May 24, 2023; and

5.      This order shall constitute a final and appealable judgment, and the Court shall retain jurisdiction over any matter pertaining to this judgment, including Bloomfield's motion for attorney's fees and costs, which would be the subject of an additional judgment.

**SO ORDERED**

Date: _1 June 2023_
      New York, New York

_____
Victor Marrero
U.S.D.J.