UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOOMFIELD INVESTMENT RESOURCES CORP., <br><br> Plaintiff, <br><br> -against- <br><br> ELLIOT DANILOFF, <br><br> Defendant. | 17-cv-4181 (VM) (SC) <br><br> **PLAINTIFF BLOOMFIELD'S NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS UNDER RULE 54(d)** |

**PLEASE TAKE NOTICE** that, pursuant to the Court's decision and order, dated May 23, 2023 (ECF no. 108, at p. 81), upon the accompanying Memorandum of Law, the Declaration of Steven Cooper executed on June 20, 2023 and exhibits thereto, Plaintiff Bloomfield Investment Resources Corp. will move this Court at 500 Pearl Street, Courtroom 20B, on a date to be scheduled by this Court, for an Order granting Plaintiffs' application under Rule 54(d) for reasonable attorneys' fees and costs of $5,180,660.25. Pursuant to the Court's June 16, 2023 order, Defendant's opposition to this motion is due July 11, 2023, and Plaintiff's reply is due July 21, 2023. (ECF no. 112.)

Dated: June 27, 2023
New York, New York

Respectfully submitted:

**REED SMITH LLP**

*/s/ Steven Cooper*
Steven Cooper
Zachary Kaye
Casey J. Olbrantz
599 Lexington Avenue
New York, NY 10022
212-521-5400
scooper@reedsmith.com
zkaye@reedsmith.com
colbrantz@reedsmith.com