USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/6/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BLOOMFIELD INVESTMENT RESOURCES CORP.,

                Plaintiff,

- against -

ELLIOT DANILOFF,

                Defendant.

**17 Civ. 4181 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Plaintiff Bloomfield Investment Resources Corp. is hereby directed to respond to the letter (Dkt. No. 131) filed by defendant Elliot Daniloff regarding the Proposed Amended Order of Judgment (Dkt. No. 129-1), within three (3) days of this order.

**SO ORDERED.**

Dated:    6 August 2024
           New York, New York

                                            Victor Marrero
                                              U.S.D.J.