USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BLOOMFIELD INVESTMENT
RESOURCES CORP.,

                Plaintiff,

-*against*-

ELLIOT DANILOFF,

                Defendant.

17-cv-4181 (VM) (SC)

**AMENDED ORDER OF JUDGMENT**

Plaintiff Bloomfield Investment Resources Corporation ("Bloomfield") brought the instant action against defendant Elliot Daniloff ("Daniloff") for fraud, breach of contract, promissory estoppel, and unjust enrichment on June 7, 2017.

By a Decision and Order, dated May 23, 2023, the Court found that Bloomfield proved its fraud and breach of contract claims, and found that it is thus entitled to compensatory damages, punitive damages, prejudgment interest, and post-judgment interest.

On June 1, 2023, an Order of Judgment was issued, which ordered in relevant part that Daniloff shall pay Bloomfield: (1) compensatory damages for Daniloff's fraud and breaches of contract in the amount of $18,500,000; (2) punitive damages in the amount of $1,000,000; (3) pre-judgment interest on all compensatory damages in the amount of $14,909,179; and (4) post-judgment interest on the full amounts of outstanding compensatory and punitive damages awarded at a rate of 4.91 percent, compounded annually, running from May 24, 2023. (ECF 110.) Daniloff subsequently appealed the Order of Judgement. (ECF 113.)

On July 24, 2024, the Second Circuit Court of Appeals affirmed the award of compensatory damages, and vacated and remanded the award of punitive damages to this Court for further proceedings. (ECF 128.) Upon remand, Bloomfield has elected to forgo pursuing punitive damages, and has requested that a final amended order of judgment be entered.

Accordingly, it is:

**ORDERED, ADJUDGED, AND DECREED** that:

1. Daniloff shall pay Bloomfield compensatory damages for Daniloff's fraud and breaches of contract in the amount of **$18,500,000**;

2. Daniloff shall pay Bloomfield pre-judgment interest on all compensatory damages in the amount of **$14,909,179**;

3. Daniloff shall pay Bloomfield post-judgment interest on the full amounts of outstanding compensatory damages awarded at a rate of **4.91 percent**, compounded annually, running from May 24, 2023; and

4. This order shall constitute a final non-appealable judgment, and the Court shall retain jurisdiction over any matter pertaining to this judgment.

**SO ORDERED**

Date: 20 August 2024

Victor Marrero
U.S.D.J.