UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOOMFIELD INVESTMENT RESOURCES CORP., <br><br> Plaintiff, <br><br> -against- <br><br> ELLIOT DANILOFF, <br><br> Defendant. | Case No.: 17-cv-4181 (VM) (SC) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Jordan E. Stern of Becker, Glynn, Muffly, Chassin & Hosinski LLP hereby enters his appearance as counsel in the above-captioned action on behalf of defendant, Elliot Daniloff.

I hereby certify that I am an attorney admitted to practice in this Court.

Dated: November 11, 2024

                                                            Respectfully submitted,

                                                            BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
                                                            *Attorneys for Defendant*

                                                            By: /s/ *Jordan E. Stern*_____
                                                                 Jordan E. Stern

                                                           299 Park Avenue, 16th Floor
                                                           New York, New York 10171
                                                           (212) 888-3033