UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOOMFIELD INVESTMENT RESOURCES CORP., <br><br> Plaintiff, <br><br> -against- <br><br> ELLIOT DANILOFF, <br><br> Defendant. | Case No.: 17-cv-4181 (VM) (SC) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Tara Q. Higgins of Becker, Glynn, Muffly, Chassin & Hosinski LLP hereby enters her appearance as counsel in the above-captioned action on behalf of defendant, Elliot Daniloff.

I hereby certify that I am an attorney admitted to practice in this Court.

Dated: November 11, 2024

        Respectfully submitted,

        BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
        *Attorneys for Defendant*

        By: /s/ *Tara Q. Higgins*
            Tara Q. Higgins

        299 Park Avenue, 16th Floor
        New York, New York 10171
        (212) 888-3033