```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BLOOMFIELD INVESTMENT RESOURCES CORP.

                Plaintiff,

- against -

ELLIOT DANILOFF,

                Defendant.

**17 Civ. 4181(VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of non-party Diana Daniloff's ("Ms. Daniloff") letter motion (Dkt. No. 150) seeking an emergency stay of the writ of execution "until such time as [Ms. Daniloff] has a chance to formally intervene" and contest the writ of execution.

The Court hereby temporarily stays the writ of execution (Dkt. No. 148-2) until December 20, 2024 while it takes this motion under advisement. Plaintiffs are directed to respond to Ms. Daniloff's letter motion by December 9, 2024. Ms. Daniloff may reply by December 13, 2024.

**SO ORDERED.**

Dated:    3 December 2024
            New York, New York

                                                          _____
                                                           Victor Marrero
                                                             U.S.D.J.